NOT FOR PUBLICATION (Doc. No. 40)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| EVENTS MEDIA NETWORK, INC., | : | |
| Plaintiff, | : | Civil No. 1:13-03 (RBK/AMD) |
| v. | : | |
| THE WEATHER CHANNEL INTERACTIVE, INC., et al., | : | **ORDER** |
| Defendants | : | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon the motion of Defendants The Weather Channel Interactive, Inc., The Weather Channel Interactive, LLC, and The Weather Channel, LLC to dismiss Counts II-IV of Plaintiff's Amended Complaint for failure to state a claim upon which relief can be granted (Doc. No. 40), and the Court having considered the moving papers, and the responses thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendants' motion is **DENIED**.

Dated:  7/12/2013                                      /s/ Robert B. Kugler  _
                                                      ROBERT B. KUGLER
                                                      United States District Judge